UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

JANE DOE,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

NOTICE OF MOTION

CR 17 0048

WEINSTEIN, J.

LEVY, M.J.

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   Brooklyn, New York
           January 31, 2017

                                      ROBERT L. CAPERS
                                      United States Attorney
                                      Eastern District of New York

     By:   *Tiana A. Demas*
              Tiana A. Demas
              Assistant U.S. Attorney
              (718) 254-6116

cc:    Clerk of the Court
        Samuel I. Jacobson, Esq.