# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __Steven Tiscione__          DATE: __6/29/18__

DOCKET NUMBER: __17CR48(JBW)__          LOG #: __4:37 – 4:44__

DEFENDANT'S NAME: __Jane Doe__
  ✓ Present   ___ Not Present   ___ Custody   ✓ Bail

DEFENSE COUNSEL: __Samuel Jacobson__
  ✓ Federal Defender   ___ CJA   ___ Retained

A.U.S.A: __Ian Richardson__          CLERK: __Felix Chin__

INTERPRETER: _____ (Language)

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

  ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
  ___ Defendant advised of bond conditions set by the Court and signed the bond.
  ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: PTS officer Amina Adossa-Ali present. Court informs dft that she needs to adhere to the conditions of the bond which includes the rules of the residence where she is ordered to reside. If she does not wish to remain at the residence, the alternative is incarceration. Dfse counsel states that he will try to find a new residence that is acceptable to the gov't and pretrial as expeditiously as possible and request a bond modification.