1 hr.

CRIMINAL CAUSE FOR ~~PRETRIAL~~/MOTION CONFERENCE

BEFORE JUDGE __WEINSTEIN__ DATE: __2/22/18__ TIME __10:45 am__

DOCKET NUMBER: __CR 17-48__ TITLE __U.S.A. -v- Doe__

DEFT. NAME: __Jane Doe__ DEFT.# _____
___ Present  __✓__ Not Present ___ In custody ___ On Bail

ATTY. FOR DEFT: __D. Van Dornum, S. Jacobson__
__✓__ Present ___ Not Present

DEFT. NAME: _____ DEFT.# _____
___ Present ___ Not Present ___ In custody ___ On Bail

ATTY. FOR DEFT: _____
___ Present ___ Not Present

DEFT. NAME _____ DEFT.# _____
___ Present ___ Not Present ___ In custody ___ On Bail

ATTY. FOR DEFT: _____
___ Present ___ Not Present

DEFT. NAME _____ DEFT.# _____
___ Present ___ Not Present ___ In custody ___ On Bail

ATTY. FOR DEFT: _____
___ Present ___ Not Present

DEFT. NAME _____ DEFT.# _____
___ Present ___ Not Present ___ In custody ___ On Bail

ATTY. FOR DEFT: _____
___ Present ___ Not Present

ASST. U.S. ATTORNEY __T. Duman__ DEPUTY CLERK: __JUNE LOWE__

COURT REPORTER __L. Tuch__ ESR REPORTER _____

INTERPRETER _____ OTHER _____

Docket Clerks: Enter all information under CALCALLAH, then enter other vital events names as needed.

__✓__ Case called.

_____ PTC Held. _____ PTC ADJOURNED TO _____ at _____

_____ Pretrial Order signed.

____√____ MOTION CONFERENCE held on _deft's pro-se motion_
~~motion~~ to/for _early sentence date_
Arguments heard

    ____√____ Motion granted.     (MOTGR____)

    _____ Motion denied.     (MOTDN____)

    _____ Decision RESERVED.

    _____ Decision ENTERED ON THE RECORD.

    _____ Hearing adjourned to _____

Sentencing is scheduled for 10/22/18 at 10:30 a.m. The probation dept. is requested to expidite the pre-sentence report.

_____ SPEEDY TRIAL INFORMATION for defts _____

Code Type: X- _____      Start Date: _____

                                   Stop Date: _____

_____ JURY SELECTION BEFORE MAGISTRATE JUDGE _____

_____ JURY SELECTION BEFORE THIS COURT _____

_____ TRIAL DATE _____

OTHER: Bail Hearing 8/23/18 at 3pm.