[handwritten top right: 45 mins]

## CRIMINAL CAUSE FOR PRETRIAL/MOTION CONFERENCE

BEFORE JUDGE _WEINSTEIN_    DATE: _8/23/18_    TIME _3 pm_

DOCKET NUMBER: _CR 17-48_    TITLE _U.S.A. -v- Doe_

DEFT. NAME: _Jane Doe_    DEFT.# _____
  _✓_ Present ____ Not Present ____ In custody ____ On Bail

  ATTY. FOR DEFT: _Samuel Jacobson_
  ____ Present _✓_ Not Present

DEFT. NAME: _____ DEFT.# _____
  ____ Present ____ Not Present ____ In custody ____ On Bail

  ATTY. FOR DEFT: _____
  ____ Present ____ Not Present

DEFT. NAME _____ DEFT.# _____
  ____ Present ____ Not Present ____ In custody ____ On Bail

  ATTY. FOR DEFT: _____
  ____ Present ____ Not Present

DEFT. NAME _____ DEFT.# _____
  ____ Present ____ Not Present ____ In custody ____ On Bail

  ATTY. FOR DEFT: _____
  ____ Present ____ Not Present

DEFT. NAME _____ DEFT.# _____
  ____ Present ____ Not Present ____ In custody ____ On Bail

  ATTY. FOR DEFT: _____
  ____ Present ____ Not Present

ASST. U.S. ATTORNEY _T. Demas_    DEPUTY CLERK: _JUNE LOWE_

COURT REPORTER _M. Lucchese_    ESR REPORTER _____

INTERPRETER _____ OTHER _____

  Docket Clerks: Enter all information under CALCALLAH, then enter other vital events names as needed.

  _✓_ Case called.

  ____ PTC Held.   ____ PTC ADJOURNED TO _____ at _____

  ____ Pretrial Order signed.

____✓____ MOTION CONFERENCE held on _____

motion to/for ___bail_____

Arguments heard

    _____ Motion granted.     (MOTGR___)

    _____ Motion denied.     (MOTDN___)

    _____ Decision RESERVED.

    _____ Decision ENTERED ON THE RECORD.

    _____ Hearing adjourned to _____

*Respectfully referred to the Magistrate Judge for hearing.*

_____ SPEEDY TRIAL INFORMATION for defts_____

Code Type: X-_____      Start Date:_____

                                      Stop Date:_____

_____ JURY SELECTION BEFORE MAGISTRATE JUDGE_____

_____ JURY SELECTION BEFORE THIS COURT_____

_____ TRIAL DATE_____

OTHER: _____