# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

**David Patton**
*Executive Director and Attorney-in-Chief*

**Deirdre D. von Dornum**
*Attorney-in-Charge*

<u>VIA ECF AND E-MAIL</u>  **REDACTED**

Honorable Robert M. Levy
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>United States v. Jane Doe</u>

Dear Judge Levy,

    We write to request a hearing on Ms. Doe's conditions of confinement ▆▆▆▆. As discussed at the last appearance, Ms. Doe's headcovering that she entered ▆▆▆▆ with was taken away from her by prison staff, and she has not been issued a new one, despite repeated requests and the submission of formal grievances. I have corresponded with ▆▆▆▆ Legal Department, and ▆▆▆▆ has assured me that they are working on obtaining her a BOP-approved hijab, but that ordinarily inmates are required to purchase a hijab. Ms. Doe is indigent, and so is unable to purchase a hijab. Given that it has now been several weeks, and given the importance of covering one's head to Ms. Doe's religious observation, we ask for the Court's intervention in this matter.

In addition, Ms. Doe (and the other female inmates ▆▆▆▆) are being denied ▆▆▆▆. Ms. Doe has also filed grievances on this issue. As the Court is aware, Ms. Doe ▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Mr. ▆▆▆▆ has also been working to rectify this situation, but it too is ongoing, despite his best efforts, and is not a tenable situation for Ms. Doe.

1

Respectfully Submitted,

/s/

Deirdre D. von Dornum
Samuel I. Jacobson
(718) 330-1210

cc: Hon. Jack B. Weinstein