**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 31 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
UNITED STATES OF AMERICA

                    v                                                    ORDER
                                                                         CR17-48
JANE DOE
--------------------------------------------------X

**Jack B. Weinstein, Senior United States District Judge**

      Defendant's letter filed October 29, 2018 has been received.  The United States

Attorney shall investigate, and attempt to assist defendant with her medical problems, and report.

SO ORDERED

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

Dated: 10/31/18

Letter attached