UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER |
| – against – | 17-CR-48 |
| JANE DOE, | |
| Defendant. | |

**Jack B. Weinstein, Senior United States District Judge:**

The court respectfully requests that the defendant's aunt appear when the defendant is next in court.

Defense counsel and the social workers assigned to this case should give it their full attention, particularly with respect to the defendant's medical treatment.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: February 4, 2019
Brooklyn, New York

