35 mins

CRIMINAL CAUSE FOR PRETRIAL/MOTION CONFERENCE

BEFORE JUDGE __WEINSTEIN__  DATE: __1/31/19__  TIME __10:30 am__
DOCKET NUMBER: __CR17-48__  TITLE __U.S.A. -v- Doe__
DEFT. NAME: __Jane Doe__  DEFT.#_____
__✓__Present ____Not Present ____In custody ____On Bail

ATTY. FOR DEFT: __D. Van Dornum__
__✓__Present ____Not Present

DEFT. NAME: _____  DEFT.#_____
____Present ____Not Present ____In custody ____On Bail

ATTY. FOR DEFT: _____
____Present ____Not Present

DEFT. NAME _____  DEFT.#_____
____Present ____Not Present ____In custody ____On Bail

ATTY. FOR DEFT: _____
____Present ____Not Present

DEFT. NAME _____  DEFT.#_____
____Present ____Not Present ____In custody ____On Bail

ATTY. FOR DEFT: _____
____Present ____Not Present

DEFT. NAME _____  DEFT.#_____
____Present ____Not Present ____In custody ____On Bail

ATTY. FOR DEFT: _____
____Present ____Not Present

ASST. U.S. ATTORNEY __E. Richardson__  DEPUTY CLERK: JUNE LOWE
COURT REPORTER __L. Schmidt__  ESR REPORTER _____

INTERPRETER _____  OTHER _____

Docket Clerks: Enter all information under CALCALLAH, then enter other vital events names as needed.

__✓__ Case called.

__✓__ PTC Held. ____PTC ADJOURNED TO_____ at_____

_____ Pretrial Order signed.

_____ MOTION CONFERENCE held on_____

motion ~~to~~/for_____

Arguments heard

    _____ Motion granted.     (MOTGR____)

    _____ Motion denied.     (MOTDN____)

    _____ Decision RESERVED.

    _____ Decision ENTERED ON THE RECORD.

    _____ Hearing adjourned to _____

_____

_____

_____

_____

_____ SPEEDY TRIAL INFORMATION for defts_____

Code Type: X-_____    Start Date:_____

                           Stop Date:_____

_____ JURY SELECTION BEFORE MAGISTRATE JUDGE_____

_____ JURY SELECTION BEFORE THIS COURT_____

_____ TRIAL DATE_____

OTHER: _____

Sentence date 3/14/19 at 10:30 am