Case 1:17-cr-00048-KAM-RML   Document 132   Filed 11/20/20   Page 1 of 1 PageID #: 1155

## CRIMINAL CAUSE FOR VOSR ARRAIGNMENT BY VIDEO

**BEFORE** U.S.D.J. MATSUMOTO     **DATE**: 11/20/2020     **TIME**: 10:30 a.m. - 11:30 a.m.

DOCKET NUMBER: **17CR48 & 19CR117 [KAM]**

**DEFENDANT**: <u>Sinmyah Amera Cesar</u> (dob)

**DEFENSE COUNSEL:** Sam Jacobson & Deirdre Vondornum (Federal Defenders)

AUSA: **Joshua Jacobs & Ian Richardson**   DEPUTY: Sandra Jackson   C/ REPORTER: H. Driscoll

**X** Case Called       **X** Arraignment hearing on the Violation of Supervised Release.

__ Defendants was released on $_____ Bond with some conditions.

__ Defendant were advised of bond conditions by the Court and signed the bond.

__ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

__ At this time, defense counsel states on the record that defendant does not have a bail application/package

**Order of Detention Entered** with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__ Order of Excludable Delay entered as to the defendant.

__ Code Type__ Start**:**__ Stop__ as to the defendant.

__ Order of Speedy Trial entered.  Code Type____ Start_____ Stop_____

__ **For reasons stated on the record, defendant's bail appeal request was denied without prejudice.**

__ Defendant advised of his/her rights**.**

__ Defendant waived reading of the Superseding Indictment

__ Information filed.

__ Waiver of indictment executed

X   Defendant entered **Not Guilty Pleas** to **All Charges** in the Violation of Supervised Release

The defendant consented to proceed by telephone pursuant to the CARES Act, and the ongoing courthouse restrictions in place due to COVID-19. Brady obligations were provided orally to the government.

All parties shall appear for a hearing on the violation on 1/5/21 at 10:0a.m. in court or by video.