AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 17-CR-48, 19-CR-117 |
| Sinmyah Amera Ceasar, | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Sinmyah Amera Ceasar,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:

Failure to appear for Supervised Release Violation conference on August 25, 2021 at 9:00 a.m.
Removing location monitoring bracelet without authorization, in violation of her conditions of supervised release.

Date: 08/25/2021

/s/ *(signature)*
*Issuing officer's signature*

City and state:   Brooklyn, New York          Hon. Kiyo A. Matsumoto, U.S.D.J.
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Sinmyah Amera Ceasar
Known aliases:
Last known residence: Wolcott Hotel, New York NY
Prior addresses to which defendant/offender may still have ties:

Last known employment: Diwan Cafe, 175 Atlantic Ave, Brooklyn, NY
Last known telephone numbers:
Place of birth:
Date of birth: 11/14/1994
Social Security number: 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
Height:                                    Weight:
Sex: Female                                Race: African American
Hair:                                      Eyes: Brown
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use: Prior conviction for conspiring to provide material support to designated foreign terrorist organization (ISIS)
Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: C5LWL1CPL
Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
Michael Imrek, U.S. Probation Officer 347-408-9999

Date of last contact with pretrial services or probation officer *(if applicable)*: