

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP:ICR/JGH
F. #2016R00532

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 20, 2022

By ECF & Email

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Sinmyah Amera Ceasar
                Criminal Docket Nos. 17-48 (KAM) & 19-117 (KAM)

Dear Judge Matsumoto:

      The government – joined by defense counsel – respectfully submits this letter to request a brief adjournment of the video status conference currently scheduled for January 24, 2022 in the above-captioned cases. The government anticipates providing additional discovery material to defense counsel next week. Accordingly, the requested adjournment will permit defense counsel time to review the additional discovery material prior to the parties convening before the Court to discuss the potential resolution of the defendant's pending VOSR violations. Subject to the Court's availability, the parties propose the week of February 14, 2022 for the new video conference.

      Respectfully submitted,

      BREON PEACE

      United States Attorney

By:   /s/ *Josh Hafetz*
      Ian C. Richardson
      Josh Hafetz
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Clerk of Court (KAM) (by ECF)
       Deirdre D. von Dornum, Esq. and Samuel Jacobson, Esq. (by Email and ECF)
       Michael Imrek, Senior U.S. Probation Officer (by Email)