**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

December 10, 2024

By ECF and Electronic Mail
The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Sinmyah Amera Ceasar, 17-cr-48 / 19-cr-117 / 22-cr-459 (KAM)

Dear Judge Matsumoto,

Pursuant to the Court's December 9 order, the defense has sought to consult with the government but has not been able to reach Mr. Pravda. The defense has no objection to Probation's request to withdraw the pending VOSR charges and we are prepared to proceed with sentencing on December 12 as scheduled.

Thank you for your consideration.

Respectfully Submitted,
/s/
Deirdre D. von Dornum
Samuel I. Jacobson
Federal Defenders of New York

cc:   all counsel of record (via ECF)
      U.S. Probation (via Email)