# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

February 10, 2025

By ECF and Electronic Mail
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Sinmyah Amera Ceasar, 17-cr-48 / 19-cr-117 / 22-cr-459 (KAM)

Dear Judge Matsumoto,

  Defense counsel writes in response to the Court's docket order, dated February 7, 2025, directing counsel to inform the Court by February 11, 2025, whether we intend to make an application on Ms. Ceasar's behalf regarding her *pro se* letter to the court requesting a transfer to another jail. *See* ECF No. 53. After consultation with Ms. Ceasar, it appears the situation at MDC Brooklyn is currently tenable for Ms. Ceasar, so we are not requesting a transfer at this time. We will keep the Court informed of any developments.

                 Respectfully Submitted,
                  _____/s/_____
                  Samuel I. Jacobson
                  Deirdre D. von Dornum
                  Federal Defenders of New York
                  Counsel for Sinmyah Amera Ceasar

Cc: Counsel of Record (by ECF)