

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NJM:ICR/ADR
F. #2016R00532

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 25, 2025

By ECF and E-mail

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Sinmyah Amera Ceasar
      Criminal Docket No. 17-48 (KAM)
      Criminal Docket No. 19-117 (KAM)
      Criminal Docket No. 22-459 (KAM)

Dear Judge Matsumoto:

  The government writes to make the Court aware of recent incidents involving the above defendant. On Friday, February 21, 2025, an FBI agent assigned to this case received an automated email message informing her that the defendant was seeking to add her to the defendant's contact list on CorrLinks, the email communication system used at the Metropolitan Detention Center ("MDC"). The automated message provided the ability to accept or block the request. The agent took no action and immediately reported the incident to the government.

  The following day, Saturday, February 22, 2025, the same FBI agent received two telephone calls from a number she did not recognize. The agent answered the second call, and learned that the caller was the defendant. The defendant informed the agent that the defendant had arranged a three-way call wherein she dialed an individual who then dialed the agent with the defendant still on the line. The defendant stated that she wished to speak with the agent. The agent informed the defendant that she could not speak with her outside the presence of defense counsel and that the defendant should reach out to counsel. The agent terminated the call and immediately reported the incident to the government. The government has relayed the incidents to defense counsel.

  As the Court knows, engaging in three-way calls to circumvent communications monitoring regulations is prohibited at the MDC. The defendant has previously been disciplined for repeatedly engaging in such conduct while detained there. In fact, the defendant has previously used this very same three-way calling technique in violation of MDC policy, as the government described in its October 15, 2024 sentencing memorandum. *See* ECF No. 223 at 62, Dkt. No. 17-CR-48 (E.D.N.Y. Oct. 15, 2024).

The government is providing this information for the Court's awareness in advance of the defendant's sentencing in this case, which is pending scheduling.

    Respectfully submitted,

    JOHN J. DURHAM
    United States Attorney

By:   /s/_____
    Andrew D. Reich
    Assistant U.S. Attorney

    Ian C. Richardson
    Special Assistant U.S. Attorney
    (718) 254-7000

cc:   Clerk of Court (KAM) (by ECF and E-mail)
      Deirdre D. von Dornum, Esq. and Samuel Jacobson, Esq. (by ECF and E-mail)