FR:BGK
F. #2016R00532

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA,

     - against -

SINMYAH AMERA CEASAR,

         Defendant.

– – – – – – – – – – – – – – – –X

FINAL ORDER OF FORFEITURE

CR-17-0048 (KAM)

WHEREAS, on or about February 3, 2017, Sinmyah Amera Ceasar (the "defendant"), entered a plea of guilty to the the Sole Count of the above-captioned Information, charging a violation of 18 U.S.C. § 2339B(a)(1);

WHEREAS, on June 20, 2019, a Preliminary Order of Forfeiture ("Preliminary Order") was entered pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that all right, title and interest in the following assets (the "Seized Assets"):

(i)     One Black, BLU (make) cellular telephone, serial number CPDCCC153265644, including black cellular phone battery, and phone backing seized from the defendant on October 6, 2016, at the New York City Police Department in Brooklyn, New York;

(ii)    One Light blue, Cool Pad (make) cellular telephone, IMEI# 356472070320958, including light blue cellular phone, battery, and phone backing seized from the defendant on October 6, 2016, at the New York City Police Department in Brooklyn, New York

(iii)   One BLU (make) cellular telephone, IMEI #359013072022213, Serial Number 4070016016019261, seized from the defendant on or about November 15, 2016 in Brooklyn, New York;

(iv)   One White, Samsung G360T Core cellular telephone, IMEI# 355024071708128, and one white, Samsung cellular telephone charger seized from the defendant on or about November 15, 2016 in Brooklyn, New York; and

(v)   One Black thumb drive seized from the defendant on or about November 15, 2016 in Brooklyn, New York,

are forfeitable to the United States, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 981(a)(1)(G), 28 U.S.C. § 2461(c), as: (a) any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of the defendant's violation of 18 U.S.C. § 2339B(a)(1); (b) all assets, foreign or domestic: (i) of any individual, entity, or organization engaged in planning or perpetrating any Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property, and all assets, foreign or domestic, affording any person a source of influence over any such entity or organization; (ii) acquired or maintained by any person with the intent and for the purpose of supporting, planning, conducting, or concealing any Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property; (iii) derived from, involved in, or used or intended to be used to commit any Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property; or (iv) of any individual, entity, or organization engaged in planning or perpetrating any act of international terrorism (as defined in 18 U.S.C. § 2331) against any international organization (as defined in 18 U.S.C. § 4309(b)) or against any foreign Government; and/or (c) substitute assets, pursuant to 21 U.S.C. § 853(p);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning November 14, 2019, through and including December 13, 2019 (Docket no. 122); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Seized Assets and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 981(a)(1)(G), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p), and the Preliminary Order, all right, title, and interest in the Seized Assets are hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the Federal Bureau of Investigation, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Seized Assets in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment

of forfeiture to the United States in accordance with the terms of this Final Order of

Forfeiture and the Preliminary Order

Dated:    Brooklyn, New York

_____, 2023

SO ORDERED:

s/KAM

HONORABLE KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

United States v. Sinmyah Amera Ceasar, CR-17-0048 (KAM)
Final Order of Forfeiture                                              Page 4